AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CLIFTON FIDELE HEARD | ) | Case No: 12-00068-010 |
| | ) | USM No: 12622-003 |
| Date of Original Judgment: 01-23-2013 | ) | |
| Date of Previous Amended Judgment: | ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____121_____ months **is reduced to** _____120 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated ___01-23-2013___ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: ___05-21-2015___

Callie V.S. Granade
U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.05.18 13:55:08 -06'00'

*Judge's Signature*

Effective Date: ___11-01-2015___
*(if different from order date)*

United States District Judge
*Printed name and title*